AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Montana

MICHELLE LIGHTER, JOHN BROWN, TRENA OSTLUND, KARIM LAURY, and EVE FIELDS, on behalf of themselves and all others similarly situated;

*Plaintiff(s)*

v.

VGW HOLDINGS LIMITED, VGW MALTA HOLDING LIMITED, VGW MALTA LIMITED, VGW GAMES LIMITED, VGW GP LIMITED, VGW HOLDINGS US INC., VGW US, INC., VGW LUCKYLAND INC., and

*Defendant(s)*

Civil Action No. CV 25-62-M-KLD

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* VGW Holdings Limited
Level 11, Australia Place,
15-17 William Street,
Perth, WA 6000, Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/29/25

*Signature of Clerk or Deputy Clerk*