Matthew B. Hayhurst
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile:  (406) 549-6804
mhayhurst@boonekarlberg.com
tleonard@boonekarlberg.com

Behnam Dayanim *(PHV pending)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
bdayanim@orrick.com

Gregory Beaman *(PHV pending)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52 St.
New York, NY 10019
Telephone: (212) 506-5000
gbeaman@orrick.com

*Attorneys for VGW Holdings Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE LIGHTER, JOHN BROWN, TRENA OSTLUND, KARIM LAURY, and EVE FIELDS, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>VGW HOLDINGS LIMITED, VGW MALTA HOLDING LIMITED, VGW MALTA LIMITED, VGW GAMES LIMITED, VGW GP LIMITED, VGW HOLDINGS US INC., VGW US, INC., VGW LUCKYLAND INC., and DOES 1-25;<br><br>Defendants. | Case No. 9:2025-cv-00062<br><br>NOTICE TO THE COURT |

All Defendants (collectively, "VGW") respectfully provide this notice that

VGW and Plaintiffs, through counsel, have agreed that VGW waived service of the

summons and complaint effective May 12, 2025, and that, pursuant to Federal Rule of Civil Procedure 4(d)(3), VGW shall have until August 11, 2025, to answer or otherwise respond to the complaint in this action (Doc. 1).

DATED this 21st day of May, 2025.

/s/Matthew B. Hayhurst
Matthew B. Hayhurst
BOONE KARLBERG P.C.
*Attorneys for Defendants*