IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE LIGHTER, JOHN BROWN, TRENA OSTLUND, KARIM LAURY, and EVE FIELDS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>          vs.<br><br>VGW HOLDINGS LIMITED, VGW MALTA HOLDING LIMITED, VGW MALTA LIMITED, VGW GAMES LIMITED, VGW GP LIMITED, VGW HOLDINGS US INC., VGW US, INC., VGW LUCKYLAND INC., and DOES 1-25,<br><br>      Defendants. | CV 25-62-M-KLD<br><br>**ORDER** |

Defendants move for the admission of Gregory Beaman to practice before this Court in this case with Matthew Hayhurst to act as local counsel. Mr. Beaman's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Gregory Beaman pro hac vice is GRANTED on the condition that Mr. Beaman shall do his own work. This means that Mr. Beaman must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Beaman, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 29th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge