IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE LIGHTER, JOHN BROWN, TRENA OSTLUND, KARIM LAURY, and EVE FIELDS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>VGW HOLDINGS LIMITED, VGW MALTA HOLDING LIMITED, VGW MALTA LIMITED, VGW GAMES LIMITED, VGW GP LIMITED, VGW HOLDINGS US INC., VGW US, INC., VGW LUCKYLAND INC., and DOES 1-25,<br><br>    Defendants. | CV 25-62-M-KLD<br><br>**ORDER** |

    Plaintiffs move for the admission of Bryan Caforio, Krysta Kauble Pachman, Julian Schneider, and Erik Wilson to practice before this Court in this case with Raph Graybill to act as local counsel. (Docs. 14, 15, 16, 17). The applications of Mr. Caforio, Ms. Pachman, Mr. Schneider, and Mr. Wilson all appear to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motions to admit Bryan Caforio (Doc. 14), Krysta Kauble Pachman (Doc. 15), Julian Schneider (Doc. 16), and Erik Wilson (Doc. 17) pro hac vice are GRANTED on the condition

that Mr. Caforio, Ms. Pachman, Mr. Schneider, and Mr. Wilson shall each do their own work. This means that Mr. Caforio, Ms. Pachman, Mr. Schneider, and Mr. Wilson must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

  IT IS FURTHER ORDERED that this Order is subject to withdrawal unless, Mr. Caforio, Ms. Pachman, Mr. Schneider, and Mr. Wilson—within fifteen (15) days of the date of this Order—each file a pleading acknowledging their admission under the terms set forth above.

  DATED this 4th day of June, 2025.

              _____
              Kathleen L. DeSoto
              United States Magistrate Judge