IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LIGHTER, et al., on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>VGW HOLDINGS LIMITED, et al.,<br><br>  Defendants. | CV 25-62-M-DWM<br><br>ORDER |

Plaintiffs Michelle Lighter, John Brown, Trena Ostlund, Karim Laury, and Eve Fields (collectively, "Plaintiffs"), having properly filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE. All pending motions are MOOT and all deadlines are VACATED.

DATED this 19th day of August, 2025.

Donald W. Molloy, District Judge
United States District Court